1 | KAREN P. HEWITT
United States Attorney
2 | JOHN F. WEIS
Assistant U. S. Attorney
3 | California State Bar No. 82884
516 Industry Way, Suite C
4 | Imperial, CA  92251
Telephone: (760) 370-0893 Ext. 13

Attorneys for Plaintiff
United States of America

**FILED**
JAN 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No.: 08MJ8004 |
| Plaintiff, | ) Statement of Related Case |
| v. | ) |
| CHRISTIAN GUTIERREZ, | ) |
| Defendant. | ) |

The government avers that the above captioned case is related to United States v. Daniel FIGUEROA-Moreno et al, Magistrate Number 08MJ800 ⊬

Dated:   January 7, 2008

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis
JOHN F. WEIS
Assistant U. S. Attorney