FILED
JAN 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _TKh_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 272-WQH |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Marijuana with Intent to Distribute (Felony) |
| CHRISTIAN GUTIERREZ, | |
| Defendant. | |

The United States Attorney charges:

On or about January 2, 2008, within the Southern District of California, defendant CHRISTIAN GUTIERREZ, did knowingly and intentionally possess, with intent to distribute, 1,000 kilograms or more, to wit: approximately 1738.68 kilograms (3833.79 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 31, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
1/31/08