WILLIAM R. BURGENER
State Bar Number 89508
1775 Hancock Street, Suite 285
San Diego, CA 92110
Telephone: (619) 291-8565
Facsimile: (619) 543-0824

Attorney for Defendant
CHRISTIAN GUTIERREZ

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br>        Plaintiff,<br><br>vs.<br><br>CHRISTIAN GUTIERREZ,<br>        Defendant, | CASE NO.: 08CR272-WQH<br><br>ACKNOWLEDGMENT FROM SURETIES CONSENTING TO TRAVEL |

We, Maria P. Gutierrez and Cesar Gutierrez, the sureties in this matter, concur that defendant Christian Gutierrez is authorized to travel to Arizona.

Respectfully submitted,

Dated: 02-19-08

_____
MARIA P. GUTIERREZ

Dated: 02-19-08

_____
CESAR GUTIERREZ