**WILLIAM R. BURGENER**
State Bar Number 89508
1775 Hancock Street, Suite 285
San Diego, CA  92110
(619) 291-8565


Attorney for Defendant
CHRISTIAN GUTIERREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR272- WQH |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF MOTION AND MOTION TO: |
| vs. | ) ) | 1) COMPEL DISCOVERY |
| CHRISTIAN GUTIERREZ, | ) ) ) | 2) LEAVE TO FILE    FURTHER MOTIONS |
| Defendant. | ) ) ) ) | DATE:  March 3, 2008 TIME:   9:00 AM JUDGE: HAYES |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 3, 2008 or as soon thereafter as counsel may be heard, the defendant, Christian Gutierrez, by and through his attorney William R. Burgener, will ask this Court to issue an order granting the motions listed below.

**<u>MOTION</u>**

The defendant, Christian Gutierrez, by and through his attorney, William R. Burgener, asks this court pursuant to the Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure 12 and 16, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1

1) compel discovery;

2) leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

                                        Respectfully submitted,

Dated: February 25, 2008         s/William R. Burgener
                                            WILLIAM R. BURGENER
                                            Attorney for Defendant
                                            CHRISTIAN GUTIERREZ