UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:  08CR272-WQH |
| Plaintiff, | ) | PROOF OF SERVICE |
| vs. | ) | |
| CHRISTIAN GUTIERREZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM R. BURGENER, am a citizen of the United States and am at least eighteen years of age.  I am employed at the Law Offices of William R. Burgener.  My business address is 1775 Hancock Street, Suite 285, San Diego, California 92110-2041.

I am not a party to the above-entitled action.  I have caused service of **NOTICE OF MOTION AND MOTION TO: 1.) COMPEL DISCOVERY 2.) LEAVE TO FILE FURTHER MOTIONS** and **POINTS AND AUTHORITIES IN SUPPORT OF MOTION** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1    1. Mark Conover
        Assistant U.S. Attorney
2       880 Front Street, Rm. 6293
        San Diego, CA 92101-8893

3    I declare under penalty of perjury that the foregoing is true and correct.

4

5

    Dated:  February 25, 2008                    s/ William R. Burgener_____
6                                                WILLIAM R. BURGENER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28