## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __CHRISTIAN GUTIERREZ__                          No. __08CR0272-WQH__

HON. __WILLIAM MCCURINE JR.__     Tape No. __WMC08-1-14:37-14:39 (1 min/this case)__

Asst. U.S. Attorney __ALESSANDRA P. SERANO__     PTSO _____

|      |                         |   |     |     |     |                       | #   | Status |
|------|-------------------------|---|-----|-----|-----|-----------------------|-----|--------|
| Atty | WILLIAM R. BURGENER     | X | Apt |     | Ret | for CHRISTIAN GUTIERREZ | (1) | (R)    |

PROCEEDINGS:        ___ In Chambers      X  In Court       ___ By Telephone


Motion Hearing as to CHRISTIAN GUTIERREZ (1) - Held.

Gov't Oral Motion to Dismiss Information - Granted.

Pending dates - Vacated.

Pending Motions - Withdrawn.

Abstract issued to U.S.M.


Date    __3/28/08__                          Maria J. Mirabella for Roi-Ann Bressi
                                             Deputy's Initials