UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR -2 AM 8:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CHRISTIAN GUTIERREZ,<br><br>                    Defendant. | CASE NO. 08CR0272-WQH<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of: _21 USC 841 (a)(1) Possesion of Marijuana with Intent to Distribute_

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/28/08

_[signature]_
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____