UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -4 AM 8:44

FILED
2008 APR -2 AM 8:21
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTIAN GUTIERREZ,<br><br>                Defendant. | CASE NO. 08CR0272-WQH<br><br>BY: _____ DEPUTY<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: <u>21 USC 841 (a)(1) Possesion of Marijuana with Intent to Distribute</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/28/08

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 4/2/08.    ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section